**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2473-19

U.S. BANK N.A., AS TRUSTEE
F/B/O HOLDERS OF
STRUCTURED ASSET
MORTGAGE INVESTMENTS II
INC., BEAR STEARNS ALT-A
TRUST, MORTGAGE PASS-
THROUGH CERTIFICATES,
SERIES 2006-3,

 Plaintiff-Respondent,

v.

DORIS D. ODOEMENE AND
EMMANUEL C. ODOEMENE,
wife and husband,

 Defendants-Appellants,

and

STATE OF NEW JERSEY,

 Defendant.
_____

 Submitted February 9, 2021– Decided June 17, 2021

 Before Judges Fisher and Gummer.

On appeal from the Superior Court of New Jersey, Chancery Division, Essex County, Docket No. F-016656-18.

Doris D. Odoemene and Emmanuel C. Odoemene, appellants pro se.

Milstead and Associates, LLC, attorneys for respondent (Roger Fay, on the brief).

PER CURIAM

In this foreclosure case, defendants appeal (1) an order granting plaintiff's motion for summary judgment, striking defendants' answer, and denying defendants' cross-motion to dismiss the complaint and (2) final judgment.

Defendants argue:

I. The Trial Court erred and abused its discretion in not dismissing the Complaint when Plaintiff did not show it had physical possession of the Note at the time of filing the Complaint.

II. The Trial Court erred and abused its discretion by avoiding to make [sic] a decision regarding a pre-filing requirement when there is a non[-]compliant and deficient NOI.

III. The Trial Court erred and abused its discretion in concluding Plaintiff has established that Defendants defaulted on the Note.

We find insufficient merit in these arguments to warrant discussion in a written opinion, R. 2:11-3(e)(1)(E).

A-2473-19

Affirmed.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION

A-2473-19